1  EDWARD R. BUELL, III (State Bar No. 240494)
   erb@severson.com
2  KIMBERLY A. PAESE (State Bar No. 258594)
   kap@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendants
7  WELLS FARGO BANK, N.A.
   d/b/a America's Servicing Company; U.S. BANK
8  NATIONAL ASSOCIATION, AS TRUSTEE
   FOR CREDIT SUISSE FIRST BOSTON 2005-
9  10 (sued erroneously herein as "CREDIT
   SUISSE GROUP AG")
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

14  PURNIMA JHA,                      Case No. 3:14-cv-01691-VC

15         Plaintiff,                 [PROPOSED] ORDER ~~GRANTING~~ DENYING TO
                                      APPEAR TELEPHONICALLY AT CASE
16     vs.                            MANAGEMENT CONFERENCE

17  WELLS FARGO BANK, N.A. d/b/a      Date:      August 26, 2014
    America's Servicing Company, CREDIT Time:    1:30 P.M.
18  SUISSE GROUP AG, and DOES 1 through Judge:   Hon. Vince Chhabria
    20,                               Courtroom: 4
19
           Defendants.                Action Filed:  March 11, 2014
20                                    Trial Date:    None Set

21                                    [Removed from Superior Court of the State of
                                      California in and for the County of Contra
22                                    Costa Case No. MSC14-00468]

23

24

25

26

27

28
   55000.1165/3397367.1                                        14-cv-01691-VC
   [PROPOSED] ORDER GRANTING TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT
                                                                    CONFERENCE

1   After full consideration of the request of defendants Well Fargo Bank, N.A. d/b/a
2   America's Servicing Company and U.S. Bank National Association, as Trustee for Credit Suisse
3   First Boston 2005-10 (sued erroneously herein in its individual capacity as "Credit Suisse Group
4   AG") ("Defendants") to appear by telephone at the case management conference currently set for
5   August 26, 2014, at 1:30 p.m. and good cause appearing, the Court rules as follows:
6   The request is ~~GRANTED~~. **DENIED** ~~Counsel for Defendants may appear telephonically for the~~
7   ~~case management conference scheduled for August 26, 2014, at 1:30 p.m.~~
8   **IT IS SO ORDERED.**

9
10  DATED: August 20, 2014



DENIED
Judge Vince Chhabria
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA