EDWARD R. BUELL, III (State Bar No. 240494)
erb@severson.com
KIMBERLY A. PAESE (State Bar No. 258594)
kap@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
WELLS FARGO BANK, N.A.
d/b/a America's Servicing Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURNIMA JHA,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A. d/b/a America's Servicing Company, CREDIT SUISSE GROUP AG, and DOES 1 through 20,<br><br>    Defendants. | Case No. 3:14-cv-01691-VC<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND MEDIATION COMPLETION DATE<br><br>Action Filed:   March 11, 2014<br>Trial Date:     None Set<br><br>[Removed from Superior Court of the State of California in and for the County of Contra Costa Case No. MSC14-00468] |

The Court, having reviewed the stipulation by plaintiff Purnima Jha and defendant Wells Fargo Bank, N.A. d/b/a America's Servicing Company and finding good cause therein, hereby orders the deadline for mediation between the parties to be completed by the extended deadline of December 17, 2014.

**IT IS SO ORDERED.**

Dated: October 14, 2014

_____
Honorable Vince Chhabria

55000.1165/3450696.1

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND MEDIATION COMPLETION DATE