**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

PURNIMA JAH

        Plaintiff,

   v.

WELLS FARGO BANK, N.A.,

        Defendant.
_____/

No. C 14-1691 VC

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:     December 17, 2014
Mediator:  Val Hornstein

IT IS HEREBY ORDERED that the request to excuse plaintiff Purnima Jha from appearing in person at the December 17, 2014, mediation before Val Hornstein is DENIED. Ms. Jha shall attend the mediation in person.

In view of the proximity of the mediation date, the parties may wish to consider rescheduling the mediation and seeking a further extension of the mediation deadline.

IT IS SO ORDERED.

DECEMBER 12, 2014
Dated

By: _____
Maria-Elena James
United States Magistrate Judge